IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERICA JOHNSON,

        Petitioner,

v.

THE DISTRICT ATTORNEY OF THE COUNTY OF MONTGOMERY, et al.,

        Respondents.

CIVIL ACTION
NO. 21-2846

## ORDER

**AND NOW**, this 7th day of February 2022, upon consideration of the January 11, 2022 Report and Recommendation of United States Magistrate Judge Scott W. Reid (Doc. No. 10), pro se Petitioner Erica Johnson's Petition for Writ of Habeas Corpus Pursuant to 28 U.S. § 2254 (Doc. No. 1), and Respondents the District Attorney of the County of Montgomery and the Attorney General of the State of Pennsylvania's Response in Opposition to Petition for Writ of Habeas Corpus (Doc. No. 9), it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 10) is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus Pursuant to 28 U.S. § 2254 (Doc. No. 1) is **DISMISSED** with prejudice.  A certificate of appealability will not issue in this case because Petitioner has failed to make a substantial showing of the denial of a constitutional right.

        BY THE COURT:

        /s/ Joel H. Slomsky
        JOEL H. SLOMSKY, J.